UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/22/09_
```

LAVA TRADING INC.,

                    Plaintiff,

v.

SONIC TRADING MANAGEMENT, LLC,
JOE CAMMARATA, and LOUIS LIU,

                    Defendants.

03 Civ. 0842 (TPG)

Judge Thomas P. Griesa

## STIPULATION AND ORDER OF DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a), Plaintiff Lava Trading Inc. ("Lava Trading") and

Defendants Sonic Trading Management, LLC, Joe Cammarata, and Louis Liu (collectively,

"Defendants"), by their undersigned counsel, hereby jointly stipulate, pursuant to the terms of the

parties' Agreement, to the dismissal of (i) all Lava Trading's claims in this action in their

entirety, and (ii) all Defendants' counterclaims in this action in their entirety.  Each party will

bear its own costs and attorneys' fees.

Dated: May 19 , 2009

SHERIDAN ROSS P.C.

By: _____

Robert R. Brunelli
1560 Broadway, Suite 1200
Denver, CO  80202
(303) 863-9700

VASLAS LEPOWSKY HAUSS DANKE LLP
Bill Vaslas
201 Edward Curry Avenue, Suite 200
Staten Island, New York  10314
(718) 761-9300

*Attorneys for Defendants*

ALBERT JACOBS LLP

By: _____

Albert L. Jacobs, Jr.
Daniel A. Ladow
900 Third Avenue, Suite 502
New York, New York 10022
(212) 508-7532

*Attorneys for Plaintiff Lava Trading Inc.*

SO ORDERED this 22d day of May, 2009

_____

United States District Judge

DISCLAIMER | HOME

# SHERIDAN ROSS PC

Patent, Trademark & Copyright Attorneys

| ABOUT | FIRM MEMBERS | PRACTICE AREAS | CONTACT | CLIENTS | CAREERS | RESOURCES |
|---|---|---|---|---|---|---|

Robert Brunelli

Mailing Address:
Sheridan Ross P.C.
1560 Broadway, Suite 1200
Denver, Colorado 80202

View Map

Telephone: 303-863-9700
Fax: 303-863-0223
E-mail: srlaw@sheridanross.com

CONTACT

This web site does not provide legal advice of any kind. Transmission and receipt of this information does not create or constitute an attorney-client relationship. Please read our disclaimer.

© 2005 Sheridan Ross P.C. All Rights Reserved.

Daniel A. Ladow
Albert Jacobs LLP
900 Third Ave., Ste. 50L
NY, NY 10022